UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-21793-KMW

JESUS GONZALEZ

    Plaintiff,

v.

FAMILY DOLLAR STORES OF FLORIDA, LLC,
d/b/a Family Dollar Store #7049
and 704 HALLANDALE LAND, L.C.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action as to Defendant, GABALESAM 2000, LLC, without prejudice.

Respectfully submitted this May 30, 2024.

    By: */s/ Juan Courtney Cunningham*
    Juan Courtney Cunningham, Esq.
    FBN: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    Telephone: 305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

**Gonzalez v. Family Dollar Stores**
**Case No. 24-cv-21793-KMW**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*