UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-21793-KMW

JESUS GONZALEZ,

    *Plaintiff*,

v.

FAMILY DOLLAR STORES OF FLORIDA, LLC, and 704 HALLANDALE LAND, L.L.C.

    *Defendants*.

## NOTICE OF SETTLEMENT AS TO FAMILY DOLLAR

Defendant, Family Dollar Stores of Florida, LLC. ("Family Dollar"), pursuant to S.D. Fla. L.R. 16.2(f)(2), gives notice that it has reached an agreement with Plaintiff, Jesus Gonzalez, to settle the claims asserted against Family Dollar in this matter subject only to the execution of a written settlement agreement and submission of appropriate papers to the Court for a final disposition of this matter as to Family Dollar and per the terms of the parties' settlement. The settlement addresses only Plaintiff and Defendant, Family Dollar, and does not include Co-Defendant, 704 Hallandale Land, L.L.C.

The Parties request fifteen (15) days to document and execute their written settlement agreement, and to submit the appropriate dismissal papers to the Court.

[*Signature to follow*]

Dated: June 21, 2024.                    Respectfully submitted,


                                         By: */s/ Courtney B. Wilson*
                                         Courtney B. Wilson, Esq.
                                         Florida Bar No. 0614580
                                         E-Mail: cwilson@littler.com
                                         Secondary E-Mail: ccano@littler.com

                                         LITTLER MENDELSON, P.C.
                                         Wells Fargo Center
                                         333 SE 2nd Avenue, Suite 2700
                                         Miami, FL  33131
                                         Telephone:     305.400.7500
                                         Facsimile:     305.603.2552

                                         *Attorneys for Defendant*
                                         Family Dollar Stores of Florida, LLC


4881-3074-2217.1 / 101688-1064