UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-21793-KMW

JESUS GONZALEZ

    Plaintiff,
v.

FAMILY DOLLAR STORES OF FLORIDA, LLC,
d/b/a Family Dollar Store #7049
and 704 HALLANDALE LAND, L.C.

    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT, 704 HALLANDALE LAND, L.C.

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, hereby notifies the Court that an agreement has been reached with Defendant, 704 HALLANDALE LAND, L.C., in principle that resolves all claims that were or could have been brought in this action as to the named Defendant. The Parties request that the Court stay all matters and pending deadlines here and grant the Parties 30 days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this June 21, 2024.

        By: */s/ Juan Courtney Cunningham*
        Juan Courtney Cunningham, Esq.
        FBN: 628166
        J. COURTNEY CUNNINGHAM, PLLC
        8950 SW 74th Court, Suite 2201
        Miami, Florida 33156
        Telephone: 305-351-2014
        cc@cunninghampllc.com
        legal@cunninghampllc.com

        *Counsel for Plaintiff*

*Gonzalez v. Family Dollar Stores*
Case No. 24-cv-21793-KMW

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*