UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-21793-KMW

JESUS GONZALEZ

    Plaintiff,

v.

FAMILY DOLLAR STORES OF FLORIDA, LLC,
d/b/a Family Dollar Store #7049
and 704 HALLANDALE LAND, L.C.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., and this Court Order [DE 21], hereby gives notice that he voluntarily dismisses this action, with prejudice against Defendants, FAMILY DOLLAR STORES OF FLORIDA, LLC, d/b/a Family Dollar Store #7049, and 704 HALLANDALE LAND, L.C., and respectfully requests this Court to terminate the action.

Respectfully submitted this June 26, 2024.

        By: */s/ Juan Courtney Cunningham*
        Juan Courtney Cunningham, Esq.
        FBN: 628166
        J. COURTNEY CUNNINGHAM, PLLC
        8950 SW 74th Court, Suite 2201
        Miami, Florida 33156
        Telephone: 305-351-2014
        cc@cunninghampllc.com
        legal@cunninghampllc.com

        *Counsel for Plaintiff*

**Gonzalez v. Family Dollar Stores**
**Case No. 24-cv-21793-KMW**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*